*Court Exh. 2*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MIGUEL LAVERGNE and
CRESENCIANO FERNANDEZ

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**22 -CR-      ( )( )**

Defendant Cresenciano Fernandez hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ____ teleconferencing:

Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

*/s/ Cresenciano Fernandez by JCM
w/ permission*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Kerry A. Lawrence*
Defendant's Counsel's Signature

*Cresenciano Fernandez*
Print Defendant's Name

*Kerry A. Lawrence*
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

*2-3-2022*
Date

*Vincent C. McCa___*
~~U.S. District~~ Judge/U.S. Magistrate Judge