# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

March 29, 2022

**Defendant may travel to Florida 4/14/22 to 4/18/22 as requested, provided he gives all particulars to his Pretrial Services Officer.**

**SO ORDERED.**

*Cathy Seibel*   3/29/22
CATHY SEIBEL, U.S.D.J.

**BY ECF**
Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Cresenciano Fernandez**
    **22 Cr. 46 (CS)**

Dear Judge Seibel:

I am writing to ask the Court so "SO ORDER" a travel request that the Court granted orally at the pretrial conference held on February 17, 2022.

At the last conference, with the consent of the Government, the Court approved the defendant's request to travel to Florida on April 14 returning to Massachusetts on April 18.

Mr. Fernandez's supervising pretrial serviced officer has asked for documentation that the travel was approved which has prompted this letter application.

Thank you for Your Honor's consideration of this request.

Respectfully requested,

Kerry A. Lawrence

cc: AUSA T. Josiah Pertz (by e-mail)