# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

*Mr. Fernandez may travel as requested, provides he provides all particulars to Pretrial Services.*

*SO ORDERED.*

*Cathy Seibel* 9/30/22
CATHY SEIBEL, U.S.D.J.

September 30, 2022

Via ECF
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: *USA v. Cresenciano Fernandez*
    22-Cr-46 (CS)

Dear Judge Seibel:

  I am writing, with the consent of the Government and the approval of Pretrial Services, to request permission for Mr. Fernandez to travel to Puerto Rico with his family from November 16 through November 30, 2022 to celebrate his grandmother's birthday.

  Mr. Fernandez has been compliant with all of the conditions of his release.

  If approved, Mr. Fernandez will provide Pretrial Services with all of his itinerary details.

  Thank you for the Court's consideration of this request.

                   Respectfully submitted,

                   Kerry A. Lawrence

cc: AUSA Josiah Pertz